IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| PHILIP L. MOLAISON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:14-CV-069-C |

## ORDER

Plaintiff filed this action appealing an adverse decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g).[1] A United States Magistrate Judge filed a Report and Recommendation on August 21, 2015, in which the recommendation was made to affirm the Commissioner's decision and dismiss Plaintiff's Complaint. Plaintiff filed his objections to the Report and Recommendation on September 10, 2015, and Defendant filed a Response to the Objections on September 18, 2015. Upon a *de novo* review of the record, and consideration of the Objections and Response to the Objections, the Court finds that Plaintiff's Objections should be OVERRULED.

---

[1] Plaintiff previously appealed a finding by the ALJ that Plaintiff did not meet or equal any of the impairments listed in Appendix 1 of the governing regulations, that he retained the residual functional capacity to perform light work, and that he could perform his past relevant work. This Court reversed and remanded that decision for further consideration. *See Molaison v. Astrue*, No. 1:09-CV-158-C, 2011 WL 1085272 (N.D. Tex. Mar. 2, 2011). A supplemental hearing was held on remand and the ALJ again denied benefits. The above-styled and -numbered cause of action is the appeal of the ALJ's subsequent denial.

It is, therefore, ORDERED that Plaintiff's Objections are OVERRULED, the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, the Commissioner's decision is AFFIRMED, and Plaintiff's Complaint is DISMISSED with prejudice.

Dated this 22nd day of September, 2015.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE